JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH PRESTON GASSAWAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ORANGE, et al.,<br><br>　　　　　　Defendants. | Case No. 8:23-cv-01345-ODW-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  November 7, 2023

　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　United States District Judge